# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN BAGDASARIAN,<br><br>Defendants. | No. 1:11-CR-00352 LJO<br><br><br><br>ORDER |

IT IS HEREBY ORDERED that, upon motion by the Government on June 4, 2018, the indictment in the above-entitled case be dismissed as to Ryan Bagdasarian.

IT IS SO ORDERED.

Dated: **June 5, 2018**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

1